# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-1090

_____

David Williams

*Appellant*

v.

Kathy Stewart, also known as Kathy Steward; Moses Jackson, Captain, East Arkansas Regional Unit, ADC; Essie Clay, East Arkansas Regional Unit, ADC; Cody, Ms., Disciplinary Serving Officer, East Arkansas Regional Unit, ADC; Greg Harmon, Warden, East Arkansas Regional Unit, ADC

*Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas

_____

Submitted: August 7, 2012
Filed: August 10, 2012
[Unpublished]

_____

Before MURPHY, ARNOLD, and SMITH, Circuit Judges.

_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Arkansas Department of Correction inmate David Williams appeals following the district court's[1] dismissal of four defendants and its grant of summary judgment to one defendant. Upon careful de novo review, we agree with the district court that Mr. Williams did not support his conclusory allegations that he received a retaliatory disciplinary, and we agree that he otherwise failed to state a claim. See Haynes v. Stephenson, 588 F.3d 1152, 1155-56 (8th Cir. 2009) (retaliatory discipline); Atkinson v. Bohn, 91 F.3d 1127, 1129 (8th Cir. 1996) (per curiam) (retaliatory animus could not be inferred from speculative and conclusory allegations); Martin v. Sargent, 780 F.2d 1334, 1338 (8th Cir. 1985) (inmate's § 1983 claims fail absent defendant's personal involvement in, or direct responsibility for, incidents that caused injury).

Accordingly, we affirm for the reasons provided by the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.